UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 8:08-CR-318-T-27TGW

CHARLES JACKSON FRIEDLANDER
_____

## AMENDED MOTION TO AMEND CONDITIONS OF BOND

**COMES NOW,** the Defendant, **CHARLES JACKSON FRIEDLANDER**, by and through his undersigned counsel and pursuant to Mr. David's request and hereby moves this Honorable Court to issue an Order amending the bond conditions and would state:

1. Pre-Trial Services Officer **Fred David** has requested that special provisions be made in case of the need for **mandatory evacuations** relating to a hurricane. He has asked the below named attorney to file a motion with this Court in order to establish procedures which would allow the Defendant to evacuate his home and not be in violation of the bond provisions which this Court previously entered.

2. The Defendant requests the Court to have the following special conditions to the bond in this matter pursuant to Pre-Trial Services Officer Paul Davis' request:

    a. The Defendant will be allowed to be relocated to a location other than his home, provided he continues to be in the custody of the security detail, once Pre-Trial Services implements their **mandatory evacuations procedures** pursuant to an incoming hurricane.

    b. Prior to moving the Defendant, the Pre-Trial Services Officer shall be notified and approve the move as well as approve the location to which the

security detail is taking the Defendant.

    c.    The security detail shall remain with the Defendant and be governed by all other provisions of the bond not in conflict with this move.

3.    The Defendant requests this Court to also add the following bond conditions pursuant to the Defendant attending trial in this matter which is currently set for the November trial term before Judge Whitemore and would state:

    a.    The Defendant shall be allowed to travel from his home to Tampa, Florida in the custody of the security detail the day before his trial is to begin and shall remain in Tampa in the custody of the security detail during the course of the trial in order to consult with his attorney, prepare for and attend said trial.

    b.    The Defendant shall rent accommodations for himself and the security detail in Hillsborough County Florida and for the course of the trial that rented location will be his residence and all provisions of the bond not in conflict with these provisions shall remain in full force and effect.

3.    The Assistant United States Attorney, Amanda Kaiser, has been contacted and objects to this motion.

    **WHEREFORE,** the Defendant, **CHARLES JACKSON FRIEDLANDER,** by and through his undersigned counsel moves this Court to issue an order amending the bond conditions set in this case consistent with the stated requests.

    Respectfully submitted,

/s/ George E. Tragos
GEORGE E. TRAGOS, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 24th day of September, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF which will send a notice of electronic filing the following: United States Attorney's Office, 400 N. Tampa Street, Room 3200, Tampa, Florida 33602. I further certify that I mailed the foregoing document and the notice of electronic filing by first - class mail to the following non-CM/ECF participants:

_____.

LAW OFFICES OF TRAGOS & SARTES, P.L.

/s/ George E. Tragos
GEORGE E. TRAGOS, ESQUIRE
601 Cleveland Street, Suite 800
Clearwater, FL 33755
(727) 441-9030
SPN 00000117
Florida Bar No. 184830
E-mail: george@greeklaw.com