UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:08-Cr-318-T-27TGW

CHARLES JACKSON FRIEDLANDER

### GOVERNMENT'S MOTION TO CONTINUE TRIAL

The United States of America, by A. Brian Albritton, United States Attorney for the Middle District of Florida, hereby files its Motion to Continue the Trial Date in the above-referenced matter pursuant to Federal Rules of Criminal Procedure Rule 12(b), and in support of its motion states as follows:

1. The pretrial discovery order mandated that the defendant disclose his expert witnesses by August 11, 2008. Counsel for the defendant did not disclose his expert witnesses until November 5, 2008.

2. In response to the notification by the defendant, the government has diligently attempted to locate and retain its own expert witnesses, however given the short time frame, it has been unable to do so. As is the case with most experts, any potential experts are already booked in advance and are not available with only one week's notice. Given the late notice by the defendant, the government was unable to procure an appropriate expert earlier, and now has an inadequate time to prepare for trial.

3.      This puts the government at a severe disadvantage in the upcoming trial in this matter. Counsel for the United States has attempted to retain one expert who has stated his earliest availability is during the first three weeks of January 2009.

4.      Counsel for the United States has consulted with counsel for the defendant regarding this motion and he has no objection to the relief requested herein.

MEMORANDUM OF LAW

Federal Rules of Criminal Procedure, Rule 12(b) provides that a party may raise a request by pretrial motion. In the present case, the government is being placed at an unfair disadvantage by the late disclosure of the defendant's expert's in that the government is unable to retain it's own experts in the unreasonably short time which is left before trial. As such, the government cannot procure essential witnesses in time, thereby suffering prejudice. Title 18, United States Code, Section 3161(h)(3)(A) provides that the Court may exclude time resulting from the absence or unavailability of an essential witness. In the present case, the defendant is on bond, and the government's experts are unavailable given the short notice prior to trial. A denial of a continuance would substantially prejudice the United States. In United States v. Bowen, 842 F.2d 279 (11th Cir. 1988), in deciding whether to grant a continuance, the Eleventh Circuit stated that the court should consider such factors as: 1) the length of proposed delay; 2) whether other continuances have been requested and granted; 3) the inconvenience to all involved; 4) whether the continuance is for a legitimate reason; and 5) unique factors.

In the present case, the government has not sought any previous continuances. The continuance is for a legitimate reason: to prepare for trial and to obtain expert witnesses who are available to testify at the trial in the matter. The government could not have obtained same earlier as it had not prior notice of the defendant's proposed experts. The proposed delay is very short, a mere six weeks and is not made for the purposes of delay. This case is unique, involves a substantial amount of evidence, and thus, any expert retained would need time to review the case materials and prepare for trial.

Counsel for the defendant has no objections to a continuance and same would inure to the benefit of the parties.

WHEREFORE, counsel for the Untied States respectfully requests a continuance to January 2009, so that it may have an opportunity to locate, hire, and schedule expert witnesses in this matter.

    Respectfully submitted,

    A. BRIAN ALBRITTON
    United States Attorney


By:   *s/Amanda C. Kaiser*
    AMANDA C. KAISER
    Assistant United States Attorney
    Florida Bar No. 0083984
    400 North Tampa Street, Suite 3200
    Tampa, Florida  33602
    Telephone:   (813) 274-6315
    Facsimile:    (813) 274-6103
    E-mail: distinguishable@usdoj.gov

U.S. v. CHARLES JACKSON FRIEDLANDER    Case No. 8:08-CR-318-T-27TGW

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> George E. Tragos, Esquire
> pam@greeklaw.com
> george@greeklaw.com

|  |  |
|---|---|
| By: | *s/Amanda C. Kaiser*  |
|  | AMANDA C. KAISER |
|  | Assistant United States Attorney |
|  | Florida Bar No. 0083984 |
|  | 400 North Tampa Street, Suite 3200 |
|  | Tampa, Florida  33602 |
|  | Telephone:   (813) 274-6315 |
|  | Facsimile:    (813) 274-6103 |
|  | E-mail: Amanda.Kaiser@usdoj.gov |