UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:08-CR-318-T-27TGW

CHARLES JACKSON FRIEDLANDER

_____

## DEFENDANT, CHARLES JACKSON FRIEDLANDER'S, EXHIBIT LIST

(subject to amendment during the course of the trial)

| Exhibit # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Heterosexual bondage picture | | |
| 2 | Notable cached web pages | | |
| 3 | "contents" from Image Statistics Test-FTK #1 | | |
| 4 | Case Information page- FTK #1 | | |
| 5 | Carved chat 1- FTK #1 | | |
| 6 | Picture of Defendant | | |
| 7 | AOL address book | | |
| 8 | AOL buddy list | | |
| 9 | Pictures of Defendant sent as attachment | | |
| 10 | AOL Profile Pictures | | |
| 11 | Picture of Office Depot Pad with lists | | |
| 12 | Picture of whips and dildos found in suitcase | | |

| | | | |
|---|---|---|---|
| 13 | Pictures of Penis Pumps | | |
| 14 | Pictures of Defendant's home | | |
| 15 | Pictures of Friedlander's erectile dysfunction | | |
| 16 | License verification form | | |
| 17 | String of e-mails | | |
| 18 | Property receipt from jail | | |
| 19 | 7-07-08 IM chat with Strictdad | | |
| 20 | Miscellaneous e-mails | | |
| 21 | Summary chart w/ e-mails | | |
| 22 | Receipt from Randy's funeral | | |
| 23 | Pictures of Levitra | | |
| 24 | Penis Pumps | | |
| 25 | Levitra | | |