UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,  __
    Government _X_

v.                                            Case No.  8:08-CR-318-T-27 TGW

CHARLES JACKSON FRIEDLANDER        __  Evidentiary
                                                      _X_  Trial
                                                      __  Other

    Defendant  __

| EXHIBIT LIST |||||
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1 | | | | Defendant's on-line computer profile accessed by undercover law enforcement officer in 2005 |
| 2 | | | | Instant Message Chat - 7/12/2005 |
| 3 | | | | Instant Message Chat - 7/13/2005 |
| 4 | | | | Instant Message Chat - 7/15/2005 |
| 5 | | | | Instant Message Chat - 7/20/2005 |
| 6 | | | | Instant Message Chat - 7/21/2005 |
| 7 | | | | Instant Message Chat - 7/25/2005 |
| 8 | | | | Instant Message Chat - 8/1/2005 |

| **EXHIBIT LIST** |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 9 | | | | Defendant's on-line profile - 2008 |
| 10 | | | | Undercover law enforcement officer's profile - 2008 |
| 11 | | | | Instant Message Chat - 6/16/2008 |
| 12 | | | | Instant Message Chat - 6/17/2008 |
| 13 | | | | E-mail - 6/17/2008 |
| 14 | | | | Instant Message Chat (2) - 6/17/2008 |
| 15 | | | | Instant Message Chat - 6/18/2008 |
| 16 | | | | Instant Message Chat - 2:23 p.m., 6/19/2008 |
| 17 | | | | E-mail on 6/19/2008 - 3:42:28 p.m. |
| 18 | | | | E-mail on 6/19/2008 - 3:55:03 p.m. |
| 19 | | | | Instant Message Chat - 4:15 6/19/2008 |
| 20 | | | | Instant Message Chat - 6/20/2008 |
| 21 | | | | Instant Message Chat - 6/24/2008 |
| 22 | | | | E-mail on 6/27/2008 |

Case Number:   8:08-CR-318-T-27 TGW   Page 3 of 12 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | EXHIBIT LIST | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 23 | | | | E-mail on 6/30/2008 |
| 24 | | | | Instant Message Chat - 7/7/2008 |
| 25 | | | | Instant Message Chat - 7/9/2008 |
| 26 | | | | Instant Message Chat - 7/14/2008 |
| 27 | | | | Undercover phone call - 7/16/2008 |
| 28 | | | | Instant Message Chat - 7/21/2008 |
| 29 | | | | America On Line subscriber information |
| 30 A | | | | Undercover audio - 7/21/2008 |
| 30 B | | | | Transcript |
| 31 a-k | | | | Photos from vehicle and arrest |
| 32 | | | | Red Bag |
| 33 | | | | Riding Crop |
| 34 | | | | Belt |

Case Number:      8:08-CR-318-T-27 TGW                                         Page 4 of 12 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 35 a-d | | | | Razor Straps |
| 36 | | | | Bag with Plastic Gloves |
| 37 | | | | Audio of Transport to Jail |
| 38 | | | | Advice of Rights/Miranda Waiver |
| 39A 39B 39C | | | | Post Arrest Interview Redacted Interview Tape Transcript (of expert) |
| 40 | | | | Consent to Search |
| 41 | | | | Photo- Desk |
| 42 | | | | Photo- List |
| 43 | | | | Photo-Computer |
| 44 | | | | Photo-Computer |
| 45 | | | | Photo-Levitra |
| 46 | | | | Photo-Levitra |

Case Number:   8:08-CR-318-T-27 TGW                              Page 5 of 12 Pages

**EXHIBIT LIST - Continuation Sheet**

| **EXHIBIT LIST** | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 47 | | | | Photo- Penis Pump |
| 48 | | | | Photo-Penis Pump |
| 49 | | | | Photo-Penis Pump |
| 50 | | | | Photo-Whips & Sex Toys |
| 51 | | | | Photo-Whips & Sex Toys |
| 52 | | | | Photo-Whips & Sex Toys |
| 53 | | | | Photo-Sex Toys |
| 54 | | | | Desk top Computer |
| 54A | | | | FTK Report Desktop |
| 55 | | | | Lap Top Computer |
| 55A | | | | FTK Report Laptop |
| 56 | | | | List |
| 56A | | | | Phone Message Book |
| 57 | | | | Suitcase |
| 58 | | | | Whips & Sex Toys |

Case Number:    8:08-CR-318-T-27 TGW                                    Page 6 of 12 Pages

**EXHIBIT LIST - Continuation Sheet**

| **EXHIBIT LIST** ||||||
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 59 | | | | Paper from vehicle |
| 60 | | | | Medical records of defendant |
| 61 | | | | AOL Address Book Entries-Laptop |
| 62 | | | | AOL Email Records Re: Stricdad7-laptop |
| 63 | | | | Evidence of 7/21/08 chat with Det. Romanosky-laptop |
| 64 | | | | Poloroid Photos (2) |
| 65 & 65A | | | | Jail Calls & Excerpt |
| 66 | | | | AOL Subscriber Information from St. Lucie Investigation |
| 67 | | | | Undercover Chat from 2/12/2008 with Det. Spector |
| 68 | | | | Undercover Phone Call- 2/12/2008 |
| 69 | | | | Undercover Chat from 2/16/2008 with Det. Spector |
| 70 | | | | Email from Defendant to Det. Spector - 2/16/2008 |

Case Number:   8:08-CR-318-T-27 TGW                                              Page 7 of 12 Pages

**EXHIBIT LIST - Continuation Sheet**

| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
|---|---|---|---|---|
| | | **EXHIBIT LIST** | | |
| 71 | | | | Undercover Phone Call- 2/18/2008 |
| 72 | | | | Email from Defendant to Det. Spector 2/18/08 |
| 73 | | | | Undercover Chat from 2/19/2008 with Det. Spector |
| 74 | | | | Undercover Phone Call-2/19/2008 with Det. Spector |
| 75 | | | | Email From Defendant to Det. Spector 2/20/08 (First) |
| 76 | | | | Email From Defendant to Det. Spector 2/20/08 (Second) |
| 77 | | | | Two Undercover Chats from 2/20/2008 with Det. Spector at 1:42 p.m. and 2:07 p.m. |
| 78 | | | | Undercover Chat from 2/23/2008 with Det. Spector |
| 79 | | | | Undercover Chat from 2/24/2008 with Det. Spector |
| 80 | | | | Two Undercover Chats from 2/25/2008 with Det. Spector at 4:01 p.m. and 5:48 p.m. |
| 81 | | | | Undercover Chat from 3/6/2008 with Det. Spector |
| 82 | | | | Undercover Chat from 3/7/2008 with Det. Spector |

Case Number:   8:08-CR-318-T-27 TGW                                         Page 8 of 12 Pages

**EXHIBIT LIST - Continuation Sheet**

|  | **EXHIBIT LIST** |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 83 | | | | Undercover Chat from 3/10/2008 with Det. Spector |
| 84 | | | | Undercover Chat from 3/12/2008 with Det. Spector |
| 85 | | | | Undercover Chat from 3/17/2008 with Det. Spector |
| 86 | | | | Undercover Chat from 3/26/2008 with Det. Spector |
| 87 | | | | Undercover Chat from 4/21/2008 with Det. Spector |
| 88 | | | | Undercover Chat from 5/1/2008 with Det. Spector |
| 89 | | | | Undercover Chat from 5/16/2008 with Det. Spector |
| 90 | | | | Undercover Chat from 6/3/2008 with Det. Spector |
| 91 | | | | Undercover Chat from 6/25/2008 with Det. Spector |
| 92 | | | | Undercover Photo of Child |
| 93 | | | | Undercover Photo of Child |
| 94 a-i | | | | Series of Emails w/ "greatscottadad" from 7/17/08 from Laptop |

Case Number:   8:08-CR-318-T-27 TGW                                    Page 9 of 12 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 95-1 | | | | Email dated 3/15/08 to brianw9367 from Captoes from Laptop |
| 95-2 | | | | Email dated 7/27/07 to Clay10023@gmail.com from Laptop |
| 95-3 | | | | Email dated 5/9/07 to CPneeded from Captoes from Laptop |
| 95-4 | | | | Email dated 7/18/06 to matt845ny from Captoes from Laptop |
| 95-5 | | | | Email dated 7/4/06 to dwportland1977@gmail.com from Captoes from Laptop |
| 95-6 | | | | Email dated 6/21/06 from allarr55@earthlink.net to Captoes from Laptop |
| 95-7 | | | | Email dated 4/9/06 to shoe_sx@yahoo.com from Captoes from Laptop |
| 95-8 | | | | Email dated 4/3/06 from absalom2@hotmail.com to Captoes from Laptop |
| 95-9 | | | | Email dated 1/30/06 from pj_mass@yahoo.com to Captoes from Laptop |
| 95-10 | | | | Email dated 1/25/06 from Captoes to Absalom2@hotmail.com from Laptop |
| 95-11 | | | | Email dated 1/23/06 from Absalom2@hotmail.com to Captoes from laptop |
| 95-12 | | | | Email dated 1/12/06 from Captoes to absalom2@hotmail.com from laptop |

Case Number:        8:08-CR-318-T-27 TGW                                    Page 10 of 12 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | EXHIBIT LIST | | |
|---|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | | **Description** |
| 95-13 | | | | | Email dated 1/4/06 from Captoes to absalom2@hotmail.com from laptop |
| 95-14 | | | | | Email dated 7/6/05 from Capoes to kenbost@msn.com from laptop |
| 95-15 | | | | | Email dated 4/19/05 from Captoes to sincereperson41@hotmail.com from laptop |
| 95-16 | | | | | Email dated 4/16/05 from Captoes to sincereperson41@hotmail.com from laptop |
| 95-17 | | | | | Email dated 10/15/04 from Captoes to Nautical1971 from laptop |
| 95-18 | | | | | Email dated 1/24/06 from Captoes to psmnow@hotmail.com from laptop |
| 95-19 | | | | | Email dated 1/8/03 from Ghslim61 to Captoes from laptop |
| 95-20 (a) -(g) | | | | | Collection of 7 Emails between Captoes and pj_mass@yahoo.com from 1/13/2006 to 1/23/06 |
| 96 a & b | | | | | Two emails dated 1/9/06 between Captoes and markofm@direcway.com |
| 97-1 through 97-20 | | | | | Photographs depicting sadomasochistic abuse |
| 98-1 | | | | | Email dated 4/12/08 from Shrinq to Mdlearner from Desktop |
| 98-2 | | | | | Email dated 3/27/08 from Captoes to Flage@makil.ru from Desktop |

Case Number:   8:08-CR-318-T-27 TGW                                              Page 11 of 12 Pages

**EXHIBIT LIST - Continuation Sheet**

|  | **EXHIBIT LIST** |

| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
|---|---|---|---|---|
| 98-3 | | | | Email dated 3/19/08 from Captoes to Juha from Desktop |
| 98-4 | | | | Email from 1/13/08 from Obediantlad to Captoes from Desktop |
| 98-5 | | | | Email dated 1/13/08 from Obedientlad to Captoes from Desktop |
| 99-1 through 99-3 | | | | Photographs depicting sadomasochistic abuse from Desktop |
| 100 | | | | Digital Camera |
| 101-1 through 101-12 | | | | Naked Photos of Defendant |
| 102 | | | | 13 page Buddy List from Laptop Computer |
| 103 | | | | Information regarding 2005 undercover profile from Laptop |
| 104 | | | | AOL Favorites from Desktop |
| 105 | | | | AOL Email Records RE: Stricdad7-Desktop |
| 106 | | | | AOL Address Book from Desktop |
| 107 | | | | Buddy List from Desktop |

Case Number:        8:08-CR-318-T-27 TGW                                Page 12 of 12 Pages

**EXHIBIT LIST - Continuation Sheet**

| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
|---|---|---|---|---|
| | | | **EXHIBIT LIST** | |
| 108 | | | | Information re: "TravlnDadFl" on Desktop |
| 109 | | | | Information re: 2005 contact with "Dunedinsuperdad" on Desktop |
| 110 | | | | Information re: 2008 contact with undercover profile for "TravlnDadFL" from Laptop |
| 111 | | | | Information re: 2005 contact with "Dunedinsuperdad" on Laptop |
| 112 | | | | Property Record from Jail |