```
COABY            *        PUBLIC INFORMATION        *      07-02-2019
PAGE 001         *            INMATE DATA           *      10:32:48
                         AS OF 07-02-2019
```

REGNO..: 50328-018 NAME: FRIEDLANDER, CHARLES JACKSON

```
                  RESP OF: BUF
                  PHONE..: 919-575-5000   FAX: 919-575-5023
                                          RACE/SEX...: WHITE / MALE
                                          AGE: 89
PROJ REL MT: GOOD CONDUCT TIME RELEASE    PAR ELIG DT: N/A
PROJ REL DT: 01-29-2035                   PAR HEAR DT:
```

G0002        MORE PAGES TO FOLLOW . . .

```
REGNO..: 50328-018 NAME: FRIEDLANDER, CHARLES JACKSON

                 RESP OF: BUF
                 PHONE..: 919-575-5000   FAX: 919-575-5023
HOME DETENTION ELIGIBILITY DATE: 07-29-2034

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  01-29-2035 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: FLORIDA, MIDDLE DISTRICT
DOCKET NUMBER...................: 8:08-CR-318-T-27TGW
JUDGE...........................: WHITTEMORE
DATE SENTENCED/PROBATION IMPOSED: 07-21-2009
DATE COMMITTED..................: 09-08-2009
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.: $100.00          $00.00           $25,000.00     $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  512
OFF/CHG: 18:2422(B) CHILD ENTICEMENT (CT.1)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    360 MONTHS
 TERM OF SUPERVISION............: LIFE
 DATE OF OFFENSE................: 07-21-2008




G0002         MORE PAGES TO FOLLOW . . .
```

REGNO..: 50328-018 NAME: FRIEDLANDER, CHARLES JACKSON

```
                     RESP OF: BUF
                     PHONE..: 919-575-5000   FAX: 919-575-5023
 ------------------------CURRENT COMPUTATION NO: 010 ------------------------
```

COMPUTATION 010 WAS LAST UPDATED ON 04-25-2012 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-22-2009 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 07-21-2009
TOTAL TERM IN EFFECT............:    360 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     30 YEARS
EARLIEST DATE OF OFFENSE........: 07-21-2008

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    07-25-2008   08-22-2008
                                    12-16-2008   07-20-2009

TOTAL PRIOR CREDIT TIME.........: 246
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1387
TOTAL GCT EARNED................: 513
STATUTORY RELEASE DATE PROJECTED: 01-29-2035
EXPIRATION FULL TERM DATE.......: 11-16-2038
TIME SERVED.....................:     10 YEARS      7 MONTHS     13 DAYS
PERCENTAGE OF FULL TERM SERVED..:   35.4

PROJECTED SATISFACTION DATE.....: 01-29-2035
PROJECTED SATISFACTION METHOD...: GCT REL
```

S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE