BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
| --- | --- |
| MR. MECHALSKE, CASE MANAGER | June 11, 2019 |
| FROM: Charles Friedlander | REGISTER NO.: 50328-018 |
| WORK ASSIGNMENT: N/A | UNIT: Wake A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

AW Engle's memo (2/26/2019) instructs me to initiate all requests for compassionate release through your office and to the social worker. My assigned social worker is Ms. Oretade-Branch. I have completed the enclosed request to begin a new application, but cannot reach the social worker because she is not stationed at this institution.

Please scan and email the attached Compassionate Release application to Ms. Oretade-Branch. I will advise you of responses received from her and from my physician. Thank you.

(Do not write below this line)

DISPOSITION:

Signature Staff Member                       Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)         This form replaces BP-148.070 dated Oct 86
                                             and BP-S148.070 APR 94


Printed on Recycled Paper

| TO:(Name and Title of Staff Member)<br>Social Worker Oretade-Branch | DATE:<br>June 10, 2019 |
|---|---|
| FROM:<br>Charles Friedlander | REGISTER NO.:<br>50328-018 |
| WORK ASSIGNMENT:<br>N/A | UNIT:<br>Wake A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I would like to be considered for a Reduction in Sentence (RIS). I meet the qualifications listed under: (circle one) Terminal Medical Condition, **Debilitated** Medical Condition, Elderly with Medical Conditions.

1. Identified caregiver, address and phone number

2. Any medical benefits received prior to being incarcerated

3. Name of facility for continuity of care

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                    Prescribed by N551/

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FRIEDLANDER, CHARLES 50328018

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER

SECTION 6

| BP-S621.060 | **AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION** | CDFRM |
|---|---|---|
| FEB 05 | | |
| U.S. DEPARTMENT OF JUSTICE | | FEDERAL BUREAU OF PRISONS |

| Inmate Name: CHARLES FRIEDLANDER | Register Number: 50328018 | Date: 6/10/19 |
|---|---|---|
| | Date of Birth: [redacted] | Social Security Number: [redacted] |

I hereby authorize and request the Federal Bureau of Prisons to:

☑ release information to, or   ☑ obtain information from

**PLEASE CONTACT IF PAYMENT IS REQUIRED PRIOR TO FILLING REQUEST**

Name/Facility: All Agencies and Individuals Relevant to Release Planning

Address: _____

City, State, Zip: _____

I understand the information is to be used for (specific reason for release of information):

☑ Continuation of care, or ☑ Other Discharge Planning

Information to be Released/Obtained: Copy of and/or information from my medical file pertaining to my evaluation and treatment received from BUH Admission to Present.

This is to include: ☑ Complete Record   ☑ Discharge Summary   ☑ History & Physical

☑ Operative Reports   ☑ Consultations   ☑ Progress Notes   ☑ X-ray Reports

☑ Laboratory Reports   ☑ Pathology Reports   ☐ Actual Films*#   ☐ Actual Slides*

☐ Other: _____

*will be returned
#duplicates accepted

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality. I understand that I may revoke this consent at any time by sending a written notice to the Supervisor of Medical Records. I understand that any release which has been made prior to my revocation and which was made in reliance upon this authorization shall not constitute a breach of my rights to confidentiality. This authorization will automatically expire three months from the date of the signature.

| Signature of Patient [signed] FAX SIGNATURE VALID ORIGINAL | Date (Month, Day, Year) 10 June 2019 | Staff Witness |
|---|---|---|

SPECIFIC AUTHORIZATION FOR RELEASE OF INFORMATION PROTECTED BY STATE OR FEDERAL LAW. Must sign below, to Release Protected Information.

I specifically authorize the release of data and information relating to:

☑ 1. Substance Abuse   ☑ 2. Mental Health   ☑ 3. HIV

[signed]    10 June 2019
Signature    Date

**Deliver Records To:** (Institution Address & Fax number)
FMC Butner
Attn: Health Information
PO Box 1600
Butner, NC 27509
Phone: (919)-575-3900
Fax: (919)-575-4843

FRIEDLANDER, CHARLES 50328018

(This form may be replicated via WP)   This form replaces BP-S621Dtd AUG 96