# EXHIBIT C

bop.gov/coronavirus/index.jsp

results involving open cases from across the agency as reported by the BOP's Office of Occupational Health and Safety at 11:00 a.m. each day. BOP field sites may report additional updates throughout the day. Data is subject to change based on additional reporting.

The BOP has begun additional testing of asymptomatic inmates to assist in slowing transmissions within a correctional setting. As such, our data reflects an increase in the number of COVID-19 positive tests reflected in the table below. The BOP is able to better utilize this information for the management of an outbreak at the relevant, affected facility.

The inmate totals listed do not include inmates participating in the Federal Location Monitoring program, inmates supervised under the USPO, or being held in privately managed prisons. Additionally, the reference to the FCI Butner Low below refers to an isolation unit that is physically separated from the rest of the LSCI.

| Facility | Inmates Positive ▼ | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered | City | Stat |
|---|---|---|---|---|---|---|---|---|
| Forrest City Low FCI | 454 | 1 | 0 | 0 | 111 | 3 | Forrest City | AR |
| Elkton FCI | 333 | 7 | 9 | 0 | 109 | 46 | Lisbon | OH |
| Butner Low FCI | 137 | 6 | 4 | 0 | 39 | 6 | Butner | NC |
| Oakdale I FCI | 98 | 8 | 7 | 0 | 87 | 10 | Oakdale | LA |
| Lexington FMC | 74 | 3 | 4 | 0 | 192 | 5 | Lexington | KY |
| Dismas Charities | 54 | 0 | 0 | 0 | 0 | 0 | Albuquerque | NM |